**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **AL HALMANDY,** *et al.* ) | |
| ) | |
| **Petitioners,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2385 (ESH)** |
| ) | |
| **BARACK OBAMA,** *et al.*, ) | **(Mohammed, ISN 570)** |
| ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

## ORDER

Based on the telephone conference this date, it is hereby **ORDERED** that

1) on or before November 10, 2009, the government shall to produce to petitioner a declassified version of the supplement to the statement of material facts;

2) a further status conference is set for December 10, 2009, at 2 p.m.;

3) on or before December 9, 2009, petitioner shall file his motions to suppress and for judgment on the record; the government shall file its opposition on or before December 23, 2009; and petitioner shall file any reply on or before January 4, 2010; and

4) a merits hearing is set for January 19 and 20, 2010, at 9:30 a.m.

S**O ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE:  October 6, 2009